FRANK HOLLAND, Appellant, v. LAMMERTS, INC., Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint on motion of defendant in an action by an employee to recover for injuries sustained by inhaling noxious gas. The order grants defendant's motion to dismiss.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JOHN RICHARD LeFRANCOIS, Respondent, v. HOBART COLLEGE and ELMER HENRY, Appellants.— Judgment affirmed, with costs. Memorandum: We express no opinion as to whether there were unknown injuries and, if there were such unknown injuries, whether they were the result of the accident. All concur, except Crosby, P. J., and Taylor, J., who dissent and vote for reversal. Order affirmed, without costs. All concur. (The judgment dismisses defendant's affirmative defense of release upon a separate trial of this issue in an automobile negligence action. The order denies defendants' motion to vacate the judgment and for leave to submit proposed findings and conclusions *nunc pro tunc.*) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See *post,* p. 811.]

FRANK HERMAN, Respondent, v. NARCIZO ANDRADE and JOHN FREITAS, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for breach of contract of employment. The order denies defendants' motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

WILLIAM HAMER, Respondent, v. THE VILLAGE OF WHITESBORO, NEW YORK, B. E. TILTON, as Trustee of the New York State Railways, and the NEW YORK STATE RAILWAYS, Appellants.— Judgment and order affirmed, with costs. All concur, except Crosby, P. J., and Taylor, J., who dissent and vote for reversal and for dismissal of the complaint. (The judgment is for plaintiff in an action for damages arising out of the negligent maintenance of street and car tracks. The order denies defendants' motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

CLIFFORD BOWES, Respondent, v. THE VILLAGE OF WHITESBORO, NEW YORK, and Others, Appellants.— Same decision and like cause of action as in companion case of *Hamer* v. *Village of Whitesboro (ante,* p. 802). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ELIZABETH GUTHEINZ, Respondent, v. THE VILLAGE OF WHITESBORO, NEW YORK, and Others, Appellants.— Same decision and like cause of action as in companion case of *Hamer* v. *Village of Whitesboro (ante,* p. 802). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

EMERY S. VANDERLAND, Respondent, v. THE VILLAGE OF WHITESBORO, NEW YORK, and Others, Appellants.— Same decision and like cause of action as in companion case of *Hamer* v. *Village of Whitesboro (ante,* p. 802). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

WILLIAM HENRY VANDERLAND, an Infant, by EMERY S. VANDERLAND, His Guardian ad Litem, Respondent, v. THE VILLAGE OF WHITESBORO, NEW YORK, and Others, Appellants.— Same decision and like cause of action as in companion case of *Hamer* v. *Village of Whitesboro (ante,* p. 802). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.